IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE MARTINEZ, Individually, as a Legal Representative of the Estate of DELFINO GARCIA, and Next Friend of GEMMA GARCIA, a Minor, GRETCHELL GARCIA, a Minor, DELFINO GARCIA, JR., a Minor, and DELIA MACEDO, Next Friend of EMELY PARTICIA GARCIA, a Minor, <br><br>*Plaintiffs*, <br><br>v. <br><br>DONNIE FOSTER, COMMUNITY EDUCATION CENTERS, INC., JAGDISH A. SHAH, and JOHN DOES #1 THROUGH #35, <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:13cv59 |

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT DR. SHAH'S, MOTION TO DISMISS OR, ALTERNATIVELY, PLEA IN ABATEMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of Defendant Dr. Shah's, Motion to Dismiss, or Alternatively, Plea in Abatement (docket entry #29),[1] has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings

---

[1] Dr. Shah also joined in Defendants Foster and Community Education Centers, Inc.'s, Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (docket entry #30).

and conclusions of the Court. It is therefore

**ORDERED** that Defendant Dr. Shah's Motion to Dismiss, or Alternatively, Plea in Abatement (docket entry #29) is hereby **DENIED** in favor of granting the concurrent Motion for More Definite Statement that Defendant Dr. Shah joined and upon which the Court has separately ruled.

**SIGNED this the 28th day of March, 2014.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE