IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE MARTINEZ, Individually, as a Legal Representative of the Estate of DELFINO GARCIA, and Next Friend of GEMMA GARCIA, a Minor, GRETCHELL GARCIA, a Minor, DELFINO GARCIA, JR., a Minor, and DELIA MACEDO, Next Friend of EMELY PARTICIA GARCIA, *Plaintiffs*, v. DONNIE FOSTER, COMMUNITY EDUCATION CENTERS, INC., JAGDISH A. SHAH, and JOHN DOES #1 THROUGH #35, *Defendants*. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:13CV59 |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action (Dkt. 159), this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 24, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Jagdish A. Shah's Unopposed Rule 54(b) Motion for Entry of Final Judgment (Dkt. 154) should be **GRANTED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

Therefore, Defendant Jagdish A. Shah's Unopposed Rule 54(b) Motion for Entry of Final Judgment (Dkt. 154) is **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED this the 21st day of June, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE